J. Paul Sizemore, CA Bar #254981
Ruth Rizkalla, CA Bar #224973
**SIZEMORE LAW FIRM**
2101 Rosecrans Avenue, Suite 3290
El Segundo, CA 90245
Telephone (310) 322-8800
Facsimile (310) 322-8811
paul@sizemorelawfirm.com
rizkalla@sizemorelawfirm.com

John H. Gomez, CA Bar # 171485
John P. Fiske, CA Bar # 249256
Stephanie S. Poli, CA Bar #286239
**GOMEZ IAGMIN TRIAL ATTORNEYS**
655 West Broadway, Suite 1700
San Diego, CA  92101
Telephone (619) 237-3490
Facsimile (619) 237-3496
john@gomeziagmin.com
fiske@gomeziagmin.com
spoli@gomeziagmin.com

Adam D. Peavy, Texas Bar #24029766
(*pro hac vice* admission pending)
**BAILEY PEAVY BAILEY PLLC**
440 Louisiana, Suite 2100
Houston, Texas  77002
Telephone (713) 425-7100
Facsimile (713) 425-7101
apeavy@bpblaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.A., a minor by and through his Guardian Ad Litem, APRIL WILSON, and APRIL WILSON Individually,<br><br>                              Plaintiffs,<br>     vs.<br><br>McKESSON CORPORATION and SMITHKLINE BEECHAM CORPORATION D/B/A, GLAXOSMITHKLINE, and DOES 1 through 100, inclusive,<br>                              Defendants. | Case No. 1:13-CV-01700-AWI-GSA<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE**<br> Time:   10:00 a.m.<br> Date:   January 7, 2014<br> Judge:  Hon. Gary S. Austin<br> Courtroom:  Courtroom 10 |

Pursuant to stipulation of the parties and for good cause appearing, the Mandatory Scheduling Conference currently set for January 7, 2014, at 10:00 a.m. is continued to April 7, 2014, at 10:00 a.m.  The parties shall file a joint scheduling report one week prior to the hearing.

IT IS SO ORDERED.

Dated:   **December 19, 2013**                              **/s/ Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE